**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 17-4090-DOC　　　　　　　　　　　　Date: September 12, 2017

Title: IN RE SARA AURA MENJIVAR, DEBTOR

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:
　　　　None Present　　　　　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS):　ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

---

　　　　The appeal in the above bankruptcy matter has been assigned to this Court. July 25, 2017 the Court issued a Certificate of Readiness and set a briefing schedule in this matter. Appellant was ordered to file his opening brief no later than August 24, 2017. To date, and despite the expiration of designated time within which to do so, the Appellant has not filed an opening brief.

　　　　Accordingly, Appellant is hereby ordered to show cause in writing, on or before **September 18, 2017**, why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

cc Bankruptcy Court and BAP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　： 00
　　　　　　　　　　　　　　　　　　　　Initials of Clerk　　djg