# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 17-4090-DOC　　　　　　　　　　　　　Date: October 23, 2017

Title: IN RE SARA AURA MENJIVAR, DEBTOR

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:
　　　　None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

---

　　　Appellant filed his opening brief on October 2, 2017. To date, Appellee has not filed a reply brief.

　　　Accordingly, Appellee is hereby ordered to show cause in writing, on or before **October 25, 2017**, why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellee to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

cc Bankruptcy Court and BAP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　00
　　　　　　　　　　　　　　　　　　　Initials of Clerk　　djl